UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH QUINTO,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C10-0333-RAJ
CR07-0410-RAJ

ORDER OF DISMISSAL

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities, Petitioner's objections to the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and Judge Donohue.

DATED this 8th day of December, 2010.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 1